NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1495

OLE K. NILSSEN and GEO FOUNDATION, LTD.,

Plaintiffs-Appellants,

v.

WAL-MART STORES, INC.,

Defendant-Appellee,

and

COSTCO WHOLESALE CORP.,

Defendant-Appellee,

and

HOME DEPOT, INC.,

Defendant-Appellee,

and

MENARD, INC., ACE HARDWARE CORP., and TRUSERV CORPORATION,

Defendants,

and

LOWE'S HOME CENTERS, INC.,

Defendant-Appellee,

and

IKEA ILLINOIS, LLC,

Defendant-Appellee.

Appeal from the United States District Court for the Northern District of Illinois in case no. 04-CV-5363, Judge Robert W. Gettleman.

ON MOTION

O R D E R

Ole K. Nilssen et al. (Nilssen) move without opposition for a 14-day extension of time, until December 9, 2009, for the appellees to file their briefs and for a 14-day extension of time, until January 6, 2010, for Nilssen to file a reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

NOV 13 2009

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Leland W. Hutchinson, Jr., Esq.
Anthony James Fitzpatrick, Esq.
Margaret M. Duncan, Esq.
Kimball R. Anderson, Esq.
Marianne C. Holzhall, Esq.
Gary William Smith, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 13 2009

JAN HORBALY
CLERK